United States District Court
Southern District of Texas

**ENTERED**

May 10, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EARNEST SANDER, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-2566 |
| | § | |
| ALLSTATE TEXAS LLOYD'S, *et al*, | § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been advised by the parties through their attorneys of record that all matters and things in controversy between the plaintiffs', EARNEST AND LAURA SANDER and the defendants', ALLSTATE TEXAS LLOYD'S; ALLSTATE TEXAS LLOYD'S, INC.; GARY BLACK; and BRENDA GUICHET, contained in this lawsuit have been fully and completely resolved (via Plaintiffs' formal acceptance of an Fed. R. Civ. P. 68 Offer of Judgment from Defendants) and that the parties now accordingly desire the entry of an Order of Dismissal With Prejudice terminating the captioned case in keeping with the terms of that Offer of Judgment. The Court has reviewed the pleadings and records on file, including the defendants' Notice of Offer of Judgment and the plaintiffs' Notice of Acceptance of that offer, and now deems itself fully advised.

It is, therefore, ORDERED that the plaintiffs' claims against all defendants are hereby dismissed with prejudice.

It is further ORDERED that the parties shall bear their own fees and costs.

It is further ORDERED that any relief not specifically granted herein is hereby denied.

It is so ORDERED.

SIGNED on this 10th day of May, 2017.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1